# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
#### CIVIL ACTION NO.  3:16-CV-741-FDW-DCK

| | | |
|---|---|---|
| VIVIAN TISDALE, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **ORTHOCAROLINA P.A.**, | ) | |
| | ) | |
| **Defendant**. | ) | |
| | ) | |

        **THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. The mediator, M. Ann Anderson, filed a "Certification Of ADR Session" (Document No. 21) notifying the Court that the parties reached a settlement on July 18, 2017.  The Court commends the mediator, counsel, and the parties for their efforts in resolving this matter.

        **IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case on or before **August 12, 2017**.

        **SO ORDERED**.

Signed: July 19, 2017

David C. Keesler
United States Magistrate Judge